Doc. # 6

CHRISTOPHER JAMES BOWES, ESQ.
Center for Disability Advocacy
Rights ("CeDAR"), Inc.
100 Lafayette Street, Suite 304
New York, New York 10013
Tel.: (212) 979-0505
Fax: (212) 979-8778
CJB 8865
Attorney for Plaintiff

ORIGINAL

RECEIVED NOV 28 2007 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

DEBORAH FARMER, OBO MICHAEL FARMER
Plaintiff,

-against-

MICHAEL J. ASTRUE, COMMISSIONER of the Social Security Administration,
Defendant.

----------------------------------------X

NOTICE OF MOTION FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412

07 Civ. ~~27~~ 3625(RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated November 26, 2007, plaintiff will move this Court before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on submission, for an order:

(1) accepting plaintiff's application for reasonable attorneys fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

(2) granting plaintiff leave to defer filing a memorandum of law in support of his application for fees for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) ~~for such other and further relief as this Court may deem just and proper.~~

Dated:   New York, New York
         November 26, 2007

                              Respectfully submitted,


                              _____
                              CHRISTOPHER JAMES BOWES, ESQ.
                              Center for Disability Advocacy
                                   Rights ("CeDAR"), Inc.
                              100 Lafayette Street, Suite 304
                              New York, New York 10013
                              Tel.: (212) 979-0505
                              Fax:  (212) 979-8778
                                   CJB 8865
                              Attorney for Plaintiff


To:  MICHAEL J. GARCIA, Esq.
     United States Attorney for the
     Southern District of New York
BY:  John E. Gura, Esq.
     86 Chambers Street
     Third Floor
     New York, New York 10007
     Attorneys for Defendant

SO ORDERED

_____
USDJ
12/11/07