ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2712
Fax. (212) 637-2750

RECEIVED
MAR - 6 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
DEBORAH FARMER o/b/o              :
MICHAEL FARMER,                   :
                                  :
            Plaintiff,            :   STIPULATION AND ORDER
                                  :
                                  :   07 Civ. 3625 (RJH)(FM)
    - v. -                        :
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay to plaintiff's counsel, the sum of two thousand and two hundred dollars ($2,200.00) in attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of

any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       December _, 2007

                        CENTER FOR DISABILITY ADVOCACY
                          RIGHTS ("CEDAR"), INC.
                        Attorneys for Plaintiff

By: _____
    CHRISTOPHER JAMES BOWES, ESQ.
    100 Lafayette Street, 3rd Floor
    New York, New York 10013
    Telephone No.: (212) 979-0505

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
3/12/08